UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14321-CIV-CANNON/Maynard

**DONOVAN ESSEN**,

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.**,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. To promote efficiency and conserve judicial resources, the Court determines that this case should be stayed pending the Eleventh Circuit's resolution of the petition for rehearing in *Hunstein v. Preferred Collection & Management Services, Inc.*, 19-14434 (11th Cir. 2021), which presents similar issues under the Fair Debt Collection Act as relevant here. *See* 15 U.S.C. § 1692c(b). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **STAYED** pending the Eleventh Circuit's decision in *Hunstein*, as stated above.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. Within fourteen (14) days of the Eleventh Circuit's decision in *Hunstein*, Plaintiff shall file a motion to reopen this matter, and separately, by that same deadline, the parties each shall file supplementary briefs not to exceed 15 double-spaced pages on the effect of *Hunstein*,

CASE NO. 21-14321-CIV-CANNON/Maynard

in any, in this case.

5. If the above-styled action is resolved by way of mediation or a settlement, the parties shall promptly file a Joint Notice of Settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of September 2021.

                                                                **AILEEN M. CANNON**
                                                                 **UNITED STATES DISTRICT JUDGE**

cc:      Counsel of Record